No. 03–5959.  PUGA-LIMON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5960.  ZEBROSKI v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 03–5961.  BORREGO v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–5962.  SAUCEDO-DIAZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–5964.  BANGS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–5971.  DUNKINS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5972.  CLARK v. VARNER, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–5976.  YOUSEF v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–5978.  LESSING v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–5979.  ESPERANZA BARRAGAN v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 03–5987.  GRAY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–5988.  GEORGY v. SNOW, SECRETARY OF THE TREASURY. C. A. 2d Cir.  Certiorari denied.

No. 03–5989.  HICKS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–5991.  GOMEZ-JUAREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–5992.  GRICE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.